LOFT, INC., Appellant, v. BLUMCOHA RESTAURANT, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements, and preference granted

pursuant to stipulation. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.